**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GAVIN GAUTREAUX**                                  **CIVIL ACTION**

**VERSUS**                                           **NO:       07-5653**

**APACHE CORPORATION, ET AL.**                       **SECTION: "S" (4)**

## ORDER

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Defendant's **Motion to Enforce Settlement and to Compel Execution of Releases (R. Doc. 201)** is **GRANTED IN PART** and **DENIED IN PART:**

- • **IT IS GRANTED** insofar as the Court finds that the Plaintiff agreed to a full settlement of all claims arising out of his September 18, 2006, accident.

- • **IT IS DENIED** insofar as the Court declines to compel the Plaintiff to sign the proposed receipt and release agreement, as it does not properly reflect the terms of the settlement agreement between the parties.

**IT IS FURTHER ORDERED** that the Defendants resubmit to the Plaintiff a receipt and release which properly reflects the terms of the agreement.

New Orleans, Louisiana, this _____5th_____ day of _____July_____, 2011

**UNITED STATES DISTRICT JUDGE**